**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HAROLD HOBBS                                                                                                PLAINTIFF
ADC #77219

V.                                             NO: 5:12CV00064 JMM/HDY

V. KING *et al.*                                                                                            DEFENDANTS

**ORDER**

Plaintiff Harold Hobbs filed a complaint on February 13, 2012, and service was ordered. On March 2, 2012, the summons was returned unexecuted as to Defendant V. King (docket entry #9). Service had been attempted in the care of the Arkansas Department of Correction, but was returned because King is no longer employed there. However, King's last known address was provided and filed under seal. Accordingly, service will be attempted at that address.

IT IS THEREFORE ORDERED THAT:

1. King's last known addresses shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for King, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on King, at the address provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this   6   day of March, 2012.

                                                                  UNITED STATES MAGISTRATE JUDGE