IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HAROLD HOBBS                                                                                       PLAINTIFF
ADC #77219

V.                                       NO: 5:12CV00064 JMM/HDY

VANITA KING *et al.*                                                                            DEFENDANTS

## ORDER

On July 9, 2012, Plaintiff filed a motion to compel, seeking responses to his requests for production of documents. Defendants filed a response in opposition on July 20, 2012. According to Defendants, responses to Plaintiff's discovery requests were provided within the time set forth in the Federal Rules of Civil Procedure, although Plaintiff probably had not received them at the time he drafted his motion, and was likely unaware that the responses were *en route*. Because Defendants have responded to Plaintiff's discovery requests, Plaintiff's motion to compel (docket entry #26) is DENIED.

IT IS SO ORDERED this   30   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE