**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HAROLD HOBBS                                                                          PLAINTIFF
ADC #77219

V.                                         NO: 5:12CV00064 JMM/HDY

VANITA KING *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for judgment on the pleadings (docket entry #43) is GRANTED to the extent that Plaintiff's claims against them in their official capacity are DISMISSED WITH PREJUDICE.

2.      Defendants' motion is DENIED in all other respects.

DATED this 5th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE