IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HAROLD HOBBS**            **PLAINTIFF**

VS.        **CASE NO. 5:12CV00064 JM-HDY**

**MONICA BUNTING, Administratrix of
the estate of VANITA KING, DANNY CROOK,
and WILLIAM STRAUGHN**        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 7th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE